HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERMAN PRUITT and MELODY PRUITT,

Plaintiffs,

v.

CITY OF ARLINGTON, et al,

Defendants.

No. C08-1107 MJP

ORDER ON DEFENDANTS' MOTIONS IN LIMINE

THIS MATTER having come before the Court on Defendants' Motions in Limine, and the Court having considered the arguments of the parties, rules as follows. Where the Court has granted a Motion in Limine, all counsel are required to inform witnesses they call of the existence of the order and its contents. For Motions in Limine which have been denied, in the absence of a specific request from the trial court to renew the objection, the moving party would be spared from further objection to that evidence when introduced at trial.

1. **Motion In Limine Re: Insurance**

   [x] Granted       [ ] Denied       [ ] Reserved

   Comments:

   _____

   _____

DEF ORDER ON MOTIONS IN LIMINE - 1
Cause No. 08-1107
H:\data\Orders\pruitt.def mtns in lim.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

2. **Motion in Limine Re: Alleged "AKA's" of Officer Ventura**

   [x] Granted          [ ] Denied          [ ] Reserved

   Comments:

   The parties shall refrain from referring to Officer Ventura as an "a/k/a" and shall amend the pleadings to refer to this defendant as "Officer Ventura.

3. **Motion in Limine Re: Exclusion of Sherman Pruitt**

   [x] Granted          [ ] Denied          [ ] Reserved

   Comments:

   Mr. Pruitt shall be treated identically to every other witness in this matter; he will not be permitted to sit at Plaintiff's counsel table.

4. **Motion in Limine Re: Sherman Pruitt Offering Expert Opinions**

   [x] Granted          [ ] Denied          [ ] Reserved

   Comments:

   Mr. Pruitt will be permitted to testify to facts regarding which he is a competent witness; he will not be permitted to offer opinion testimony.

5. **Motion in Limine Re: Bolstering of Sherman Pruitt and Plaintiff's Son**

   [ ] Granted          [x] Denied          [ ] Reserved

   Comments:

   _____

   _____

   _____

6. **Motion in Limine Re: Alleged Deadly Force Used by Officer Ventura**

   [x] Granted          [ ] Denied          [ ] Reserved

DEF ORDER ON MOTIONS IN LIMINE - 2
Cause No. 08-1107
H:\data\Orders\pruitt.def mtns in lim.ord.doc

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

7. **Motion in Limine Re: Alleged Racism in Arlington and at the Arlington School District.**

   [ ] Granted     [ ] Denied     [x] Reserved

   Comments:

   _____

   _____

   _____

8. **Motion in Limine Re: Bolstering of Plaintiff's Children.**

   [x] Granted     [ ] Denied     [ ] Reserved

   Comments:

   Plaintiff's counsel is permitted to develop brief background information on these witnesses; testimony regarding their grades or participation in school athletic activities will not be permitted.

9. **Motion in Limine Re: Impeachment of the Langley family members.**

   [ ] Granted     [ ] Denied     [x] Reserved

   Comments:

   _____

   _____

   _____

10. **Motion in Limine Re: DSHS Dispute Involving the Langleys.**

    [x] Granted     [ ] Denied     [ ] Reserved

    Comments:

    _____

    _____

DEF ORDER ON MOTIONS IN LIMINE - 3
Cause No. 08-1107
H:\data\Orders\pruitt.def mtns in lim.ord.doc

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1. **11.   Motion in Limine Re:  Internal Affairs Investigation by the Police Department.**

    [x] Granted         [ ] Denied         [ ] Reserved

    Comments:

    _____

    _____

    _____

    DATED this 17th day of ___July____, 2009.

    _____
    Marsha J. Pechman
    United States District Judge

DEF ORDER ON MOTIONS IN LIMINE - 4
Cause No.  08-1107
H:\data\Orders\pruitt.def mtns in lim.ord.doc

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423